IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JASON HUNTER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-117 |
| ) | |
| FRANK BISIGNANO, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) The Magistrate Judge recommended dismissing Plaintiff's case because he failed to follow the Court's explicit instructions to inform the Court about where he currently resides, as is relevant for venue under 42 U.S.C. § 405(g), after the Court issued a show cause order inquiring about why this action should not be dismissed for improper venue. (See doc. no. 8; see also doc. nos. 4, 6.) In his objections, Plaintiff reiterates venue arguments already rejected by the Magistrate Judge as insufficient and non-responsive, which do not alter the conclusion that he failed to follow a Court order. (Doc. no. 12, p. 1.) In fact, they are further illustrative of this point. Moreover, to the extent Plaintiff seeks transfer to the Northern District of Georgia in his objections, the Court denies this request because the Court cannot determine whether

transfer to that district is warranted, as the Court still lacks accurate information about where Plaintiff currently resides.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to follow a Court order, and **CLOSES** this civil action. Because this case is dismissed, the Court **DENIES** as **MOOT** Defendant's motion to dismiss. (Doc. no. 11.)

SO ORDERED this 11th day of August, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2